# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED 05 APR 25 AM...

ROBERT R. DI...
CLERK, U.S. DI... ST.
W.D. OF TN, MEMPHIS

**REGINALD PERKINS**

v.

**T.C. OUTLAW**

**JUDGMENT IN A CIVIL CASE**

CASE NO: 04-2984-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Petition Pursuant to 28 U.S.C. § 2241 entered on April 19, 2005, this cause is hereby dismissed.

APPROVED:

/s/ Bernice Bouie Donald
**BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT**

April 25, 2005
Date

ROBERT R. DI TROLIO

/s/ Earline Drayn
Clerk of Court

(By)   Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-02984 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Reginald Perkins
23600-044
P.O. Box 34550
Memphis, TN 38184

Honorable Bernice Donald
US DISTRICT COURT